# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 6, 2022

**APPLICATION GRANTED
SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/7/2022
White Plains, NY

Travel is permitted under the strict supervision of Pretrial Services

**VIA ECF & EMAIL**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street,
White Plains, NY 10601

Re:   *United States v. Dimas Ramirez*, 22-cr-386 (VB)

Dear Honorable Judge Briccetti:

I write to respectfully request that the Court modify Mr. Ramirez's bail conditions to permit certain travel within the Southern District during October 2022.

On September 9, 2022, Your Honor had granted a previous request regarding travel in the month of September and October 2022. In that request, Mr. Ramirez was permitted to go apple picking with his family on September 17, 2022. However, due to a work conflict, he was ultimately unable to attend. The family is hoping to do the excursion one of the following dates, based on weather conditions, either October 9th, 16th, or 23rd. They would leave at 10:00 a.m. and return by 4:00 p.m. Mr. Ramirez would respectfully request that the precise date to be worked out in advance between Mr. Ramirez and his supervising officer.

In addition, his daughter has been scheduled for an additional home field hockey game at her school that he wishes to attend. The game is scheduled for October 11, 2022, from between 3:30 p.m. to 8:00 p.m. In the prior order, Your Honor had previously ordered that should Mr. Ramirez attend these games, he must be in the presence of his wife or another adult family member. He would abide by that condition for this game as well.

Mr. Ramirez's Pre-trial Officer, Leo Barrios, has no objection to this request. I have contacted the Government, through Assistant United States Attorney Marcia Cohen, who also has no objection to this request. Thank you for your time and consideration of this matter.

Respectfully submitted,

Elizabeth K. Quinn
Assistant Federal Defender